# FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 22 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 14-50138 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:12-cr-00606-MWF |
| v. | Central District of California, Los Angeles |
| GERARDO GALVEZ-MACHADO, AKA Gerardo Galvez, AKA Gerardo Machado, | ORDER |
| Defendant - Appellant. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

7/22/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ____DLM____ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

The motion of appellant's appointed counsel, Robert Patrick Sticht, Esq., to withdraw as counsel of record and to appoint new counsel is granted. Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the Central District of California, who will locate appointed counsel. The appointing authority shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

New counsel shall designate the reporter's transcripts by September 2, 2014. The transcript is due November 3, 2014. Appellant's opening brief and excerpts of record are due December 15, 2014; appellee's answering brief is due January 14, 2015; and the optional reply brief is due 14 days after service of the answering brief.

Former counsel's motion to extend time to file the opening brief is denied as unnecessary.

The Clerk shall serve this order on former counsel.

The Clerk shall also serve this order on appellant individually at Reg. No. 63023-112, Federal Correctional Institution, 3600 Guard Road, Lompoc, California 93436.